IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:94-CR-53-1-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| EARNEST THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

At the direction of the court and for the efficient administration of justice, the above-captioned case is hereby reassigned to Chief United States District Judge James C. Dever III to conduct all further proceedings in this matter. **All future pleadings should reflect the new case number of 5:94-CR-53-1-D.**

This 25th day of June 2015.

Julie Richards Johnston, Clerk of Court