# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                    Crim. No. 5:94-CR-53-1D

EARNEST THOMAS

On May 19, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. For the reasons previously provided to the court, it is recommended that the offender be discharged from supervision.

Reviewed and approved,                   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                      /s/ Arthur B Campbell
Jeffrey L. Keller                           Arthur B Campbell
Supervising U.S. Probation Officer        U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: May 18, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   19   day of   May  , 2016.

James C. Dever III
U.S. District Judge